3

B6I (Official Form 6I) (12/07)

AMENDED 10/6/2010 AZB

In re **Ray Q. Thurber**, Case No. **10-25662-RJH**
   **Criselda H. Thurber**
   Debtor                                      (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE — on back please |
|---|---|
| | RELATIONSHIP(S): (back) 6 children   AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Welder | Stay at home mom |
| Name of Employer | APS | N/A |
| How long employed | 4 yrs | N/A |
| Address of Employer | 4801 Frontage Rd. Joseph City, AZ 86032 | N/A |

INCOME: (Estimate of average or projected monthly income at time case filed)

|   | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,619 | $ 0 |
| 2. Estimate monthly overtime | $ 1,000 | $ 0 |
| 3. SUBTOTAL | $ 7,619 | $ 0 |
| 4. LESS PAYROLL DEDUCTIONS |  |  |
| a. Payroll taxes and social security | $ 1,500 | $ 0 |
| b. Insurance | $ 334 | $ 0 |
| c. Union dues | $ 77 | $ 0 |
| d. Other (Specify): | $ 125 | $ 0 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,036 | $ 0 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 4,580 | $ 0 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ 0 |
| 8. Income from real property | $ 0 | $ 0 |
| 9. Interest and dividends | $ 0 | $ 0 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0 | $ 0 |
| 11. Social security or government assistance (Specify): | $ 0 | $ 0 |
| 12. Pension or retirement income | $ 0 | $ 0 |
| 13. Other monthly income (Specify): | $ 0 | $ 0 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0 | $ 0 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 4,580 | $ 0 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,580 | |

FILED OCT 0 8 2010 UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   increase if more overtime occurs

Case 2:10-bk-25662-RJH   Doc 43   Filed 10/08/10   Entered 10/13/10 11:58:28   Desc
Main Document   Page 1 of 3

(AMENDED)

10/12/2010

"AMENDED" 10/6/10

B6J (Official Form 6J) (12/07)                                                                                                                    AZB

In re Ray Q. Thurber,                                          Case No. 10-25662-RJH
         Debtor                                                        (if known)
    Criselda H. Thurber

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                               $ _____
    a. Are real estate taxes included?      Yes ✓    No ____
    b. Is property insurance included?      Yes ✓    No ____
2. Utilities:  a. Electricity and heating fuel                                                                       $ 150
              b. Water and sewer                                                                                     $ 90
              c. Telephone  with internet                                                                            $ 75
              d. Other  cell phone                                                                                   $ 50
3. Home maintenance (repairs and upkeep)                                                                             $ 100
4. Food                                                                                                              $ 1300
5. Clothing                                                                                                          $ 600
6. Laundry and dry cleaning                                                                                          $ 50
7. Medical and dental expenses                                                                                       $ 465
8. Transportation (not including car payments)  (GAS) to + from work plus wknd family                                $ 1,000
9. Recreation, clubs and entertainment, newspapers, magazines, etc.  movies                                          $ 224
10. Charitable contributions                                                                                         $ 10
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                                                                       $ 0
    b. Life                                                                                                          $ 0
    c. Health                                                                                                        $ 0
    d. Auto                                                                                                          $ 180
    e. Other _____                                                                                              $ 0
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                                                                             $ 0
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                                                          $ 0
    b. Other _____                                                                                              $ 0
    c. Other _____                                                                                              $ 0
14. Alimony, maintenance, and support paid to others                                                                 $ 0
15. Payments for support of additional dependents not living at your home                                            $ 0
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)                     $ 0
17. Other  auto repairs + maintenance                                                                                $ 200
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,                             $ 4,494
    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    _____
    _____

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I                                                             $ 4,580
    b. Average monthly expenses from Line 18 above                                                                   $ 4,949
    c. Monthly net income (a. minus b.)                                                                              $ 369

"AMENDED" 10/6/10                                                                                                    10/12/2010

AMENDED 10/6/2010

B6 Declaration (Official Form 6 - Declaration) (12/07)

AZB

In re Ray Q. Thurber,
        Debtor
    Criselda H. Thurber

Case No. 10-25662-RJH
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 10.6.2010            Signature: Ray Q. Thurber
                                      Debtor

Date 10/6/2010            Signature: Criselda H. Thurber
                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                 (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____                   _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                            Signature: _____

                            _____
                            [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AMENDED 10/6/10          10/12/2010